**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL NO. 2:20cr78**

**MALCOLM MCKINNEY**,

       **Defendant.**

<u>**ORDER ACCEPTING PLEA OF GUILTY**</u>

This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge(s) in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

**ORDERED** that the Report and Recommendation and findings of the Magistrate Judge are **ADOPTED**, and the Court **ACCEPTS** the Defendant's guilty plea to Counts One, Two, and Three of the Criminal Information. The Court hereby **ADJUDICATES** the Defendant guilty of Counts One, Two, and Three of the Criminal Information. The Court **DIRECTS** the Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

       **IT IS SO ORDERED.**

1

/s/
_____
Arenda L. Wright Allen
United States District Judge

October 6, 2023
Norfolk, Virginia